IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TOMMIE L. WILLIAMS,

                Petitioner,

      vs.

ROB JEFFREYS,

             Respondent.

**8:25CV29**

**MEMORANDUM AND ORDER**

Before the Court is Respondent's motion seeking a one month extension of the current June 12, 2025, deadline, to file either a motion for summary judgment or state court records in support of an answer (the "Motion"), Filing No. 13, in compliance with this Court's progression order entered on April 28, 2025 (the "Progression Order"), Filing No. 9.  In support of his Motion Respondent's counsel alleges that this is his first request for an extension, and that she needs additional time to review the case to determine whether a motion for summary judgment or answer to the Petition is appropriate as she has not had ample time to do so due to a heavy workload in her other cases. Filing No. 13.

Good cause having been shown, IT IS THEREFORE ORDERED:

1.    Respondent's Motion for Extension, Filing No. 13, is granted. Respondent shall have until **July 14, 2025,** to file either a motion for summary judgment or state court records in support of an answer.

2.    The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 14, 2025**: deadline for Respondent's Motion for Summary Judgment or filing of state court records.

Dated this 13th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge