IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMMIE L. WILLIAMS, | |
| Petitioner, | 8:25CV29 |
| vs. | |
| ROB JEFFREYS, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the court on Petitioner's Motions for Copies (the "Motion"). Filing No. 16. In the Motion, Petitioner seeks copies of all of the state court records filed by Respondent at Filing No. 15. *Id.* Petitioner's Motion is premature.

Pursuant to the progression order dated April 28, 2025 (the "Progression Order"), Respondent was ordered to file "all state Court records that are relevant to the cognizable claims" set forth in the Petition. Filing No. 9 at 4. Respondent was further ordered file his answer to the Petition no later than 30 days after the date he filed the state court records to file an answer. *Id.* Finally, when Respondent's answer is filed he must also serve Petitioner with a copy of the answer and his brief in support along with copies of the specific pages of the state court record that are cited in Respondent's answer and brief. *Id.* at 4–5.

Here, Respondent filed the state court records in support of an answer on July 14, 2025. As such, pursuant to the Progression Order he must file his answer, brief in support, and serve Petitioner with the required documents no later than 30 days after July 14, 2025.[1] As the time for Respondent to file his answer, brief, and to serve Petitioner with the relevant documents has not yet passed, Petitioner's Motion is premature.[2]

IT IS THEREFORE ORDERED that Petitioner's Motion, Filing No. 16, is denied without prejudice as premature.

Dated this 7th day of August, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge

---

[1] The Court notes that to the extent Respondent seeks an extension of the deadline to file his answer and brief in support, and the extension is granted, service of Petitioner with the answer, brief in support, and corresponding state court records shall also be extended. The Court further notes that if either party requires additional time to prepare their briefing as set forth in the Progression Order the parties must seek such an extension by written motion filed with this Court prior to the expiration of the relevant deadline.

[2] The Court further notes that the Progression Order provides a procedure through which Petitioner may seek additional records if he deems the designation of state court records insufficient or needs additional records from the designation. Specifically, the progression order states:

> In the event that the designation of state court records is deemed insufficient by Petitioner or Petitioner needs additional records from the designation, Petitioner may file a motion with the Court requesting additional documents. Such motion must set forth the documents requested and the reasons the documents are relevant to the cognizable claims.

Filing No. 9 at 5.