IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

TOMMIE L. WILLIAMS,

    Petitioner,

vs.

ROB JEFFREYS,

    Respondent.

8:25CV29

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Respondent seeking to extend the deadline to file his answer by 30 days from the current deadline of August 13, 2025. Filing No. 18. As cause Respondent submits that additional time is needed to review the record and prepare an answer as his counsel has had little time to prepare an answer in the instant matter to workload in other matters. *Id.* at 1–2.

Upon consideration,

**IT IS ORDERED** that:

1. Respondent's Motion, Filing No. 18, is **GRANTED**. Respondent shall have until **September 15, 2025**, to file his brief.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "August 13, 2025: check for Respondent's answer and separate brief," and to set the following pro se case management deadline: **September 15, 2025**: check for Respondent's answer and supporting brief.

Dated this 14th day of August, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge